NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SGM BUILDING GROUP, INC.,            )
                                     )
          Appellant,                 )
                                     )
v.                                   )          Case No. 2D17-4375
                                     )
SWF PREMIUM REAL ESTATE              )
LLC., d/b/a ENGEL & VOLKERS,         )
a Florida limited liability company, )
                                     )
          Appellee.                  )
_____)

Opinion filed March 1, 2019.

Appeal from the Circuit Court for Collier
County; James R. Shenko, Judge.

David P. Fraser of Holmes Fraser, P.A.,
Naples, for Appellant.

Peter Cambs of Goede, Adamczyk,
Deboest & Cross, PLLC, Naples, for
Appellee.


PER CURIAM.


          Affirmed.


NORTHCUTT, and SLEET, and ATKINSON, JJ., Concur.